# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3233

_____

Walter Lee Jackson, Jr.,          *
                                  *
          Appellant,              *   Appeal from the United States
                                  *   District Court for the
     v.                           *   Eastern District of Missouri.
                                  *
State of Missouri; City of Poplar Bluff;   *          [UNPUBLISHED]
Butler County; R. Kevin Barbour,  *
                                  *
          Appellees.              *

_____

Submitted: November 26, 2010
Filed: January 12, 2011

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Walter Lee Jackson appeals the district court's[1] order dismissing his unsigned 42 U.S.C. § 1983 complaint under Fed. R. Civ. P. 41(b) for failure to prosecute. In an earlier order, the court directed Jackson to sign the complaint or it would be dismissed without prejudice. After careful review, we conclude that the court did not abuse its discretion in dismissing the complaint when Jackson failed to comply with its prior directive. See Boyle v. Am. Auto Serv., Inc.,

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

571 F.3d 734, 742 (8th Cir. 2009) (standard of review). Consistent with that directive, we clarify that the dismissal was without prejudice. As so clarified, the order of dismissal is affirmed. <u>See</u> 8th Cir. R. 47B.

_____